UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAUTILUS NEUROSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES FARES, <br><br> Defendant. | Case No. 2:14-cv-01410-APG-PAL <br><br> **ORDER** |

IT IS ORDERED that the parties shall file a status report on or before July 15, 2015.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE