UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NAUTILUS NEUROSCIENCES, INC., <br><br>Plaintiff, <br><br>v. <br><br>JAMES FARES, <br><br>Defendant. | Case No. 2:14-cv-01410-APG-PAL <br><br>**ORDER** |

I previously ordered the parties to file a status report by July 15, 2015. (Dkt. #20.) Nothing was filed.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before July 31, 2015. The failure to file a report may result in issuance of an Order to Show Cause why sanctions should not be issued against the parties and counsel.

DATED this 22nd day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE