# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAUTILUS NEUROSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES FARES, <br><br> Defendant. | Case No. 2:14-cv-01410-APG-PAL <br><br> **ORDER (1) DEEMING ORDER TO SHOW CAUSE SATISFIED, (2) VACATING SHOW CAUSE HEARING, AND (3) SETTING A DEADLINE TO FILE A STIPULATION TO DISMISS OR STATUS REPORT** |

I ordered the parties to show cause, in writing, why they failed to comply with the Court's Order (Doc. #22) and why sanctions should not be entered against them. (Dkt. #25.) In light of the responses (Dkt. ##26, 27),

IT IS FURTHER ORDERED that the order to show cause (Dkt. #25) is deemed satisfied.

IT IS FURTHER ORDERED that the show cause hearing on Thursday, August 27, 2015, at 9:00 a.m. is **VACATED**.

IT IS FURTHER ORDERED that the parties shall file either a stipulation to dismiss this case or a status report **on or before August 21, 2015**.

DATED this 11th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE