# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NAUTILUS NEUROSCIENCES, INC., | Case No. 2:14-cv-01410-APG-PAL |
| Plaintiff, | |
| v. | **ORDER CLOSING CASE** |
| JAMES FARES, | |
| Defendant. | |

In light of the status report (Dkt. #30) indicating this case has been resolved through the bankruptcy proceedings,

IT IS ORDERED that the clerk of court shall close this case.

DATED this 21st day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE